**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | *Diversified Mechanical Limited* |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *56-2012097* |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *184 Cranes Cove* <br> *Vass, NC 28394* <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| *Moore* <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Diversified Mechanical Limited**                                          Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | *Diversified Mechanical Limited* | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

**Debtor elects to file in this district for the convenience of the parties**

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | *Diversified Mechanical Limited* | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *November 17, 2017*
MM / DD / YYYY

**X** */s/ Cynthia Orphanos*                                                    *Cynthia Orphanos*
Signature of authorized representative of debtor                      Printed name

Title    *President*

---

**18. Signature of attorney**

**X** */s/ William P. Janvier*                                    Date   *November 17, 2017*
Signature of attorney for debtor                                       MM / DD / YYYY

*William P. Janvier*
Printed name

*Janvier Law Firm, PLLC*
Firm name

*311 East Edenton Street*
*Raleigh, NC 27601*
Number, Street, City, State & ZIP Code

Contact phone    *919-582-2323*          Email address

*21136*
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ***Diversified Mechanical Limited*** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    ***November 17, 2017***        X ***/s/ Cynthia Orphanos***
                                                Signature of individual signing on behalf of debtor

                                               ***Cynthia Orphanos***
                                               Printed name

                                               ***President***
                                               Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name     *Diversified Mechanical Limited*

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     _____

☐ Check if this is an
amended filing

---

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     **12/15**

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................ $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $ _____**13,482.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................... $ _____**13,482.00**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ _____**183,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____**511.22**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ _____**1,720,505.46**

4.   Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b     $ _____**1,904,016.68**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | *Diversified Mechanical Limited* |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:       Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

3.1.   *PNC Acct 5708 Account may show in Dwight Blyue name. Account was opened in Detroit* | | | *$851.28*

3.2.

3.3.

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | *$851.28*
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   *Security deposit held by Mark Carpenter of GWC Properties (landlord)* | *Unknown*

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    ***Diversified Mechanical Limited***                    Case number *(If known)* _____
          Name

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                          | $0.00 |
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable - Being Collected by Bonding Company**

        11a. 90 days old or less:              *0.00*         -              *0.00*    = ....                    *Unknown*
                                        face amount                  doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                          | $0.00 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** <br> *Office furniture at Fort Bragg* | *$0.00* | | *$850.00* |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> *Server* | *$0.00* | | *$100.00* |

| Debtor | *Diversified Mechanical Limited* | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| *Old laptop* | $0.00 | | $0.00 |
|---|---|---|---|
| *Office equipment and supplies at Fort Bragg* | $0.00 | | $100.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $1,050.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. *1993 Mobile Office Williams Scotsman C2016PX13903 Currently occupied by a joint venture company out of Detroit since July 2016, has not received rent. Mobile trailer is currently located inside Ft. Bragg complex and is completely fenced in with porch* | *Unknown* | | $5,000.00 |
| 47.2. *2007 Tahoe Not Running* | | | $3,000.00 |
| 47.3. *2008 Ford F150 VIN: x3777 Paid in Full* | $0.00 | | $7,950.00 |
| 47.4. *2009 Ford F150 VIN: 2337 Paid in Full* | $0.00 | | $9,050.00 |
| 47.5. *2007 Mitsubishi FE649 Truck with Drop Gate VIN: 4255 Mileage: 49,000 Poor Condition* | $0.00 | | $10,000.00 |
| 47.6. *Trailer on show lot* | *Unknown* | | $500.00 |

Debtor   **_Diversified Mechanical Limited_**                                   Case number *(If known)* _____
_____
Name

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**

51.     **Total of Part 8.**                                                    | $12,432.00 |
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☑ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

| Part 9: | **Real property** |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes Fill in the information below.

                                                                                **Current value of
                                                                                debtor's interest**

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

        **_Deferred tax credits (loss carry back)_**                    Tax year _____     **_Unknown_**

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.     **Trusts, equitable or future interests in property**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor      ***Diversified Mechanical Limited***                                    Case number *(If known)* _____
             Name

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|-----|-----|-----|

| 78. | **Total of Part 11.** | **$0.00** |
|-----|-----|-----|
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **_Diversified Mechanical Limited_**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,050.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,432.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,482.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,482.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   *Diversified Mechanical Limited*

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** *Corporate Service Company*<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>*Security interest in and to all of Merchant's present and future accounts, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment, inventory wherever located, and proceeds* | *Unknown* | *Unknown* |

*Attn: Managing Agent*
*Post Office Box 2576*
*Springfield, IL 62708*
Creditor's mailing address

**Describe the lien**
*UCC Financing Statement*

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** *Corporate Service Company*<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>*All accounts, chattel paper, cash, deposit accounts, documents, equipment, general intangibles, instruments, and inventory, or investment property; all proceeds; all funds at any time in the Debtor's accounts* | *Unknown* | *Unknown* |

*Attn: Managing Agent*
*Post Office Box 2576*
*Springfield, IL 62708*
Creditor's mailing address

**Describe the lien**
*UCC Financing Statement*

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | *Diversified Mechanical Limited* | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Everest Business Funding** | Describe debtor's property that is subject to a lien | $183,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | *Payment Rights Purchase and Sale Agreement - Dated 2/11/2016* | | |

*Attn: Managing Agent*
*2001 NW 107th Ave, 3rd Floor*
*Miami, FL 33172*
Creditor's mailing address

**Describe the lien**

*UCC Security Agreement*

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

*2/11/2016*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **NGM Insurance** | Describe debtor's property that is subject to a lien | *Unknown* | *Unknown* |
|---|---|---|---|---|
| | Creditor's Name | | | |

*c/o Michael Ortiz*
*2840 Plaza Pl #300*
*Raleigh, NC 27612*
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $183,000.00 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

Debtor      *Diversified Mechanical Limited*

Case number (*if know*)

Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   *Diversified Mechanical Limited*

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$244.22** | **$244.22** |
|---|---|---|---|---|

Priority creditor's name and mailing address
*Cumberland County Tax Collector*
*Attn: Managing Agent*
*117 Dick St, #530*
*Fayetteville, NC 28302*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4984**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | | | **$267.00** | **$267.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
*Durham County Tax Collector*
*Attn: Managing Agent*
*PO Box 3397*
*Durham, NC 27702*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Diversified Mechanical Limited** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$946.11** |
|---|---|---|---|

*Accent Imaging*
*Attn: Managing Agent*
*8121 Brownleigh Drive*
*Raleigh, NC 27617*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number *2077*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,330.98** |
|---|---|---|---|

*Ahern Rentals*
*Attn: Managing Agent*
*PO Box 271390*
*Las Vegas, NV 89127*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number *6822*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$796.12** |
|---|---|---|---|

*Airgas National Welders*
*Attn: Lynn White/Managing Agent*
*PO Box 532609*
*Atlanta, GA 30353*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number *0614*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

*Allied Trades*
*Attn: Managing Agent*
*237 Maypop Drive*
*Goose Creek, SC 29445*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

*American Express*
*Attn:  Managing Agent*
*PO Box 297871*
*Fort Lauderdale, FL 33329*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Credit card purchases - card cancelled*

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$306.71** |
|---|---|---|---|

*Anixter Power Solutions*
*Attn: MichaelMatthews/ManagingAgent*
*PO Box 842591*
*Dallas, TX 75284-2591*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40.70** |
|---|---|---|---|

*ARC3 Gases/Machine Welding*
*Attn:MarilynHolder,AR/ManagingAgent*
*PO Box 1708*
*Dunn, NC 28335*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number *5306*

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Diversified Mechanical Limited* | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.8**

Nonpriority creditor's name and mailing address

*BlueLine Rental, LLC*
*Attn: Matt York/Managing Agent*
*PO Box 840062*
*Dallas, TX 75284-0062*

Date(s) debt was incurred _

Last 4 digits of account number  *0538*

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,769.16**

---

**3.9**

Nonpriority creditor's name and mailing address

*Boatwright Distribution, Inc*
*Attn: Managing Agent*
*1406 Smith Reno Rd*
*Raleigh, NC 27603*

Date(s) debt was incurred _

Last 4 digits of account number  *5120*

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$212.49**

---

**3.10**

Nonpriority creditor's name and mailing address

*Brown Brothers Plumbing & Heating*
*Attn: Managing Agent*
*PO Box 15668*
*Durham, NC 27704-0668*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.11**

Nonpriority creditor's name and mailing address

*Calico Ladders, LLC*
*Attn: Managing Agent*
*PO Box 6049*
*Florence, SC 29502*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.12**

Nonpriority creditor's name and mailing address

*CAN Capital Asset Servicing, Inc.*
*c/o ARC Management Group*
*1825 Barrett Lakes Blvd, Ste 205*
*Kennesaw, GA 30144-7518*

Date(s) debt was incurred  *08/18/2015*

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$38,400.00**

---

**3.13**

Nonpriority creditor's name and mailing address

*Carrier Sales & Distribution, LLC*
*Attn: David Binz/Managing Agent*
*PO Box 905957*
*Charlotte, NC 28290-5957*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.14**

Nonpriority creditor's name and mailing address

*Century Link (Ft. Bragg)*
*Attn: Managing Agent*
*PO Box 4300*
*Carol Stream, IL 60197-4300*

Date(s) debt was incurred _

Last 4 digits of account number  *9228*

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$640.45**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | *Diversified Mechanical Limited* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
|---|---|---|
| *Chugach*<br>*Attn: Managing Agent*<br>*3800 Centerpoint Drive, Ste. 1200*<br>*Anchorage, AK 99503* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,440.59 |
|---|---|---|
| *City Electric Supply Co*<br>*Attn: Managing Agent*<br>*PO Box 16707*<br>*Greensboro, NC 27416* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.83 |
|---|---|---|
| *City of Durham-Utility Service*<br>*Attn: Managing Agent*<br>*PO Box 30041*<br>*Durham, NC 27702-0041* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  *4019* | Is the claim subject to offset? ■ No ☐ Yes | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.83 |
|---|---|---|
| *Concentra Medical Center*<br>*Attn: Managing Agent*<br>*PO Box 82730*<br>*Atlanta, GA 30354-0730* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.00 |
|---|---|---|
| *ConEst Software Systems*<br>*Attn: Managing Agent*<br>*592 Harvey Road*<br>*Manchester, NH 03103* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454.82 |
|---|---|---|
| *CONEXIS*<br>*Attn: Managing Agent*<br>*PO Box 8363*<br>*Pasadena, CA 91109-8363* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,568.92 |
|---|---|---|
| *Consolidated ElectricalDistributors*<br>*Attn: Managing Agent*<br>*PO Box 1510*<br>*Cary, NC 27512* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | _Diversified Mechanical Limited_ | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$267.50**

Copiers Plus, Inc.
Attn: Managing Agent
PO Box 729
Fayetteville, NC 28302-0729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _DM13_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78.31**

Cumberland Septic Service
Attn: Crystal Stancil/ManagingAgent
PO Box 35192
Fayetteville, NC 28303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,964.93**

Custom SheetMetal Services, Inc
Attn: David Butts/Managing Agent
PO Box 61948
Durham, NC 27715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Diamond Springs
Attn: Managing Agent
PO Box 38668
Richmond, VA 23231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _2493_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,522.06**

Directorate of Public Works
Attn: Margie Garrett/Managing Agent
2175 Reilly Road, Stop A
Fort Bragg, NC 28310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Duke Energy
Attn: Managing Agent
PO Box 70516
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _8548_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,109.73**

East Coast Metal, Inc
Attn: Wanda Cherry/Managing Agent
PO Box 277387
Atlanta, GA 30384-7387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _3183_

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | *Diversified Mechanical Limited* | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189,940.33 |
|---|---|---|---|

**EBF Partners**
*c/o Anh H. Regent, Esq*
*3601 Audubon Place*
*Houston, TX 77006*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,751.13 |
|---|---|---|---|

**Electric Power Systems**
*Attn: Nicholas Haynor/ManagingAgent*
*15 Millpark Ct*
*Maryland Heights, MO 63043*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,537.90 |
|---|---|---|---|

**EW Klein & Company**
*Attn: Managing Agent*
*314 West Wieuca Rd*
*Atlanta, GA 30342*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,970.54 |
|---|---|---|---|

**Faulkner Haynes & Assoc, Inc**
*Attn: Managing Agent*
*7240 ACC Blvd*
*Raleigh, NC 27617-8736*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,349.76 |
|---|---|---|---|

**FCCI Insurance Group**
*Attn: Managing Agent*
*6300 University Parkway*
*Sarasota, FL 34240*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,782.77 |
|---|---|---|---|

**Ferguson Enterprises**
*Attn: Managing Agent*
*PO Box 100286*
*Atlanta, GA 30384-0286*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  *0411*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,000.00 |
|---|---|---|---|

**First Citizens Bank**
*Attn: Managing Agent*
*DAC 36, PO Box 25187*
*Raleigh, NC 27611*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Credit card purchases*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | *Diversified Mechanical Limited* | Case number *(if known)* | |
|---|---|---|---|

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

*First-Citizens Bank & Trust Company*
*c/o Loan Servicing Department-DAC20*
*P.O. Box 25692*
*Raleigh, NC 27611-6592*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,947.83

*Frontier*
*Attn: Managing Agent*
*PO Box 20550*
*Rochester, NY 14602-0550*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  *6125*

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,272.38

*Gannett Fleming, Inc.*
*Attn: David Taylor/Managing Agent*
*2610 Wycliff Road, Suite 102*
*Raleigh, NC 27607*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

*Generational Company*
*Attn: Managing Agent*
*14241 Dallas Pkwy, Ste 700*
*Dallas, TX 75254*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,272.38

*Guaranteed Supply Company*
*Attn: Staci Griffin/Managing Agent*
*PO Box 36007*
*Greensboro, NC 27416-6007*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  *9805*

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

*GWC Properties*
*Attn:MarkCarpenter/Managing Agent*
*PO BOX 1728*
*Durham, NC 27702*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ *Unpaid rent*

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

*HD Supply Waterworks, Ltd*
*Attn: Managing Agent*
*PO Box 4853*
*Orlando, FL 32802-4853*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | *Diversified Mechanical Limited* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,075.17** |
|---|---|---|---|

*Hilti, Inc*
*Attn: Managing Agent*
*PO Box 382002*
*Pittsburgh, PA 15250-8002*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _0776_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,105.47** |
|---|---|---|---|

*Hoffman-Hoffman, Inc*
*Attn: Managing Agent*
*PO Box 896000*
*Charlotte, NC 28289-6000*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _6288_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,124.39** |
|---|---|---|---|

*Home Depot Credit Services*
*Attn: Managing Agent*
*PO Box 790328*
*Saint Louis, MO 63179*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,220.30** |
|---|---|---|---|

*Jiffy Lube (Carolina Lubes, Inc)*
*Attn: Managing Agent*
*790 Pershing Rd*
*Raleigh, NC 27608*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.97** |
|---|---|---|---|

*Johnson Controls, Inc*
*Attn: Managing Agent*
*PO Box 730068*
*Dallas, TX 75373*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

*Medallion Athletic Products*
*Attn: Managing Agent*
*150 River Park Rd*
*Mooresville, NC 28117*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Bond S-302275_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | ***Unknown*** |
|---|---|---|---|

*Mobile Mini, Inc*
*Attn: Managing Agent*
*PO Box 79149*
*Phoenix, AZ 85062-9149*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _7899_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | *Diversified Mechanical Limited* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,243.56 |
|---|---|---|---|

**3.50**
Nonpriority creditor's name and mailing address
*Murray Supply Company*
*Attn: Managing Agent*
*Post Office Box 890244*
*Charlotte, NC 28289*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$40,243.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.51**
Nonpriority creditor's name and mailing address
*NC Division of Motor Vehicles*
*Attn: Managing Agent*
*PO Box 29620*
*Raleigh, NC 27626-0620*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,288.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.52**
Nonpriority creditor's name and mailing address
*Noresco*
*Attn: Managing Agent*
*500 McCormick Drive, Suites L&M*
*Glen Burnie, MD 21061*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$55,336.21**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Subcontract Agreement No. 84929_

Is the claim subject to offset? ■ No ☐ Yes

**3.53**
Nonpriority creditor's name and mailing address
*Pall Corporation*
*Attn: Managing Agent*
*PO Box 8500-1311*
*Philadelphia, PA 19178-1311*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$51,976.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.54**
Nonpriority creditor's name and mailing address
*Palmetto Air & Water Balance, Inc*
*Attn: Managing Agent*
*PO Box 5782*
*Greenville, SC 29606*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$10,073.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.55**
Nonpriority creditor's name and mailing address
*Patton's Inc.*
*Attn: Managing Agent*
*2616 Discovery Drive*
*Raleigh, NC 27616*

Date(s) debt was incurred _
Last 4 digits of account number _5429_

As of the petition filing date, the claim is: *Check all that apply.*  **$55,336.21**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Payment Bond Number S262740_

Is the claim subject to offset? ■ No ☐ Yes

**3.56**
Nonpriority creditor's name and mailing address
*Purchase Power (Pitney Bowes)*
*Attn: Managing Agent*
*PO Box 371874*
*Pittsburgh, PA 15250-7874*

Date(s) debt was incurred _
Last 4 digits of account number _6863_

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **_Diversified Mechanical Limited_** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address

Quote Software, Inc
Attn: Managing Agent
PO Box 11145
Eugene, OR 97440

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,376.00**

---

**3.58** | Nonpriority creditor's name and mailing address

Siemens Industries
Attn: Managing Agent
PO Box 2134
Carol Stream, IL 60132

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$47,950.00**

---

**3.59** | Nonpriority creditor's name and mailing address

Sprint (Nextel)
Attn: Managing Agent
PO Box 4181
Carol Stream, IL 60197-4181

Date(s) debt was incurred _
Last 4 digits of account number  2410

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,276.15**

---

**3.60** | Nonpriority creditor's name and mailing address

State Electric Supply Co
Attn: Managing Agent
PO Box 890889
Charlotte, NC 28289-0889

Date(s) debt was incurred _
Last 4 digits of account number  1424

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$592.31**

---

**3.61** | Nonpriority creditor's name and mailing address

Sunbelt Rentals, Inc
Attn: Managing Agent
5701 Chapel Hill Road
Raleigh, NC 27607-5103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,354.74**

---

**3.62** | Nonpriority creditor's name and mailing address

The Main Street America Group
AttnAnthonyMontecalvo/ManagingAgent
55 West Street
Keene, NH 03431

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bond Number: S-262740**
Noresco LLC
Patton's Inc.

Is the claim subject to offset? ■ No ☐ Yes

**$306,646.00**

---

**3.63** | Nonpriority creditor's name and mailing address

Time Warner (Charleston)
Attn: Managing Agent
PO Box 70872
Charlotte, NC 28272-0872

Date(s) debt was incurred _
Last 4 digits of account number  2502

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$465.25**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | *Diversified Mechanical Limited* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$904.20**

*Time Warner Cable*
*Attn: Managing Agent*
*PO Box 70872*
*Charlotte, NC 28272-0872*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  *1001*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,065.59**

*Trane*
*Attn: Managing Agent*
*PO Box 406469*
*Atlanta, GA 30384-6469*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,886.00**

*Trane Carolinas*
*Attn: Cathie Brailey/Managing Agent*
*4951 River Ave N*
*Charleston, SC 29406*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,950.00**

*Triangle Insulation Services*
*Attn: Managing Agent*
*903 E Trinity Ave, Ste 104*
*Durham, NC 27704*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.17**

*United Rentals*
*Attn:KennyPennington/ManagingAgent*
*PO Box 100711*
*Atlanta, GA 30384-0711*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  *3695*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,886.02**

*Universal Premium Fleet Card*
*Attn: Managing Agent*
*PO Box 70995*
*Charlotte, NC 28272-0995*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,958.24**

*Viewpoint (Maxwell Systems)*
*Attn: Alan Mech/Managing Agent*
*PO Box 205100*
*Dallas, TX 75320-5100*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | *Diversified Mechanical Limited* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$211.14** |
| | *Waste Industries* | ☐ Contingent | |
| | *Attn: Managing Agent* | ☐ Unliquidated | |
| | *3301 Benson Dr #601* | ☐ Disputed | |
| | *Raleigh, NC 27609* | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,277.60** |
| | *Weeks-Williams-Devore, Inc* | ☐ Contingent | |
| | *Attn: Managing Agent* | ☐ Unliquidated | |
| | *PO Box 987* | ☐ Disputed | |
| | *Matthews, NC 28106* | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,509.20** |
| | *Wolseley Industrial Group* | ☐ Contingent | |
| | *Attn: Managing Agent* | ☐ Unliquidated | |
| | *PO Box 536479* | ☐ Disputed | |
| | *Atlanta, GA 30353* | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *ARC Management Group*<br>*Attn: Managing Agent*<br>*1825 Barrett Lakes Blvd, Ste 205*<br>*Kennesaw, GA 30144-7518* | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | *Michael R. Ortiz*<br>*Ortiz & Schick*<br>*Post Office Box 30427*<br>*Raleigh, NC 27622* | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | *Wolf Creek*<br>*Attn: Managing Agent*<br>*3800 Centerpoint Drive, Ste. 1200*<br>*Anchorage, AK 99503* | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 511.22 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,720,505.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,721,016.68 |

**Fill in this information to identify the case:**

Debtor name __*Diversified Mechanical Limited*__

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | ***Unpaid rent for:***<br>***206 Broadway St***<br>***Durham, NC 27701*** |
| State the term remaining | |
| List the contract number of any government contract | ***GWC Properties***<br>***Attn:MarkCarpenter/Managing Agent***<br>***PO BOX 1728***<br>***Durham, NC 27702*** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   *Diversified Mechanical Limited*

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 *Cynthia Orphanos* | *316 Villa Drive Durham, NC 27712* | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 *Nicholas Orphanos* | *1211 East Pointe Drive Durham, NC 27712* | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   ***Diversified Mechanical Limited***

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From  *1/01/2016* to *12/31/2016* | ■ Operating a business<br>☐ Other _____ | *Unknown* |
| **For year before that:**<br>From  *1/01/2015* to *12/31/2015* | ■ Operating a business<br>☐ Other _____ | *$647,637.00* |
| **For the fiscal year:**<br>From  *1/01/2014* to *12/31/2014* | ■ Operating a business<br>☐ Other _____ | *$889,568.00* |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
| --- | --- | --- | --- |

Debtor   *Diversified Mechanical Limited* _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **NGM Insurance**<br>**c/o Michael Ortiz**<br>**2840 Plaza Pl #300**<br>**Raleigh, NC 27612** | *Unknown* | *Unknown* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Cynthia Orphanos**<br>**316 Villa Drive**<br>**Durham, NC 27712**<br>**President** | *2016* | *$132,843.76* | *Salary* |
| 4.2. **Nicholas Orphanos**<br>**1211 East Pointe Drive**<br>**Durham, NC 27712** | *2016* | *$135,733.90* | *Salary* |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **GWC Properties v. Diversified Mechanical LTD**<br>**16CVM7698** | *Summary Ejectment/Foreclo sure* | *Durham County Magistrate Court* | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor     _Diversified Mechanical Limited_                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | *Electric Power Systems v. Diversified Mechanical LTD*<br>*17CVS1963* | *Civil* | *Durham County Superior Court* | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | *East Coast Metal Distrib. v. Diversified Mechanical LTD*<br>*17CVD665* | *Civil* | *Wake County District Court* | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | *EBF Partners, LLC v. Diversified Mechanical, LTD*<br>*17CVS4142* | *Civil Action* | *Durham County Superior Court* | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:     Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   *Diversified Mechanical Limited* _____   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *Janvier Law Firm, PLLC* *311 East Edenton Street* *Raleigh, NC 27601* | *Attorney Fees* | *11/17/2017* | *$5,266.50* |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   □ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | *Heath Rogers* | *Sale of trailer* | | *Unknown* |
| | **Relationship to debtor** | | | |
| 13.2. | *Allied Trades* | *Sale of 2011 Tahoe* | | *$4,500.00* |
| | **Relationship to debtor** | | | |
| 13.3. | *Dave Jones* *1308 Garfield Ave* *Reading, PA 19610* | *Sale of 4 trucks* | | *$7,500.00* |
| | **Relationship to debtor** | | | |
| 13.4. | *Niles Tallent (?)* | *Sale of Tahoe* | | *$1,500.00* |
| | **Relationship to debtor** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   *Diversified Mechanical Limited*                                    Case number *(if known)*

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **206 Broadway Street Durham, NC 27701** | **10/31/2005-3/31/2015** |
| 14.2. | **3925 N Duke Street Suite 124 Durham, NC 27704** | **March 2015-October 2015** |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Citizens 4004 Roxboro Rd Durham, NC 27701** | **XXXX-7207** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | **Unknown** |

Debtor   *Diversified Mechanical Limited*                              Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | *First Citizens*<br>*4004 Roxboro Rd*<br>*Durham, NC 27701* | XXXX-*1074* | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | *Unknown* |
| 18.3. | *First Citizens*<br>*4004 Roxboro Rd*<br>*Durham, NC 27701* | XXXX-*1394* | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | *Unknown* |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

Official Form 207                         Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                         page 6

Debtor    *Diversified Mechanical Limited*                                   Case number *(if known)*

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    *Matthew Smith, TRP (Accountants)* | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    *Cynthia Orphanos*
*184 Cranes Cove*
*Vass, NC 28394* | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|

Debtor   *Diversified Mechanical Limited*                      Case number *(if known)*

| Name and address |
|---|
| 26d.1. **NGM Insurance**<br>**c/o Michael Ortiz**<br>**2840 Plaza Pl #300**<br>**Raleigh, NC 27612** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Cynthia B. Orphanos**<br>**184 Cranes Cove**<br>**Vass, NC 28394** | **$132,843.76** | **2016** | **Salary** |
| **Relationship to debtor**<br>**Owner** | | | |
| 30.2. **Nicholas J. Orphanos**<br>**1211 East Pointe Dr**<br>**Durham, NC 27712** | **$135,733.90** | **2016** | **Salary** |
| **Relationship to debtor**<br>**Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   *Diversified Mechanical Limited*                          Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| *401(k) - closed* | EIN: |

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *November 17, 2017*

*/s/ Cynthia Orphanos*                                      *Cynthia Orphanos*
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   *President*

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Diversified Mechanical Limited**          Case No. _____
             Debtor(s)       Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,266.50** |
| Prior to the filing of this statement I have received | $ | **5,266.50** |
| Balance Due | $ | **0.00** |

2. $ _**0.00**_ of the filing fee has been paid.

3. The source of the compensation paid to me was:

  ■ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

  ■ Debtor  ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

  **Representation of the debtor in adversary proceedings; section 707(b) motions to dismiss, representation of the debtor in contested motions for relief from stay; 2004 production of documenation, 2004 depositions.**

  **If the debtor(s) chooses to employ the attorney in any of these matters, the debtor shall compensate the attorney at the hourly rate of $450.00 per hour, unless specifically provided for otherwise herein.**

  **Additionally, filing motions to continue 341 creditors meeting and amended schedules as needed.**

---

### CERTIFICATION

 I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 17, 2017**       **/s/ William P. Janvier**
Date                **William P. Janvier**
                *Signature of Attorney*
                **Janvier Law Firm, PLLC**
                **311 East Edenton Street**
                **Raleigh, NC 27601**
                **919-582-2323  Fax: 866-809-2379**
                *Name of law firm*

**United States Bankruptcy Court**

**Eastern District of North Carolina**

In re    *Diversified Mechanical Limited*                                                          Case No.

                                                    Debtor(s)              Chapter    *7*

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    *November 17, 2017*                    */s/ Cynthia Orphanos*

                                    *Cynthia Orphanos*/*President*
                                    Signer/Title

Accent Imaging
Attn: Managing Agent
8121 Brownleigh Drive
Raleigh, NC 27617

Boatwright Distribution, Inc
Attn: Managing Agent
1406 Smith Reno Rd
Raleigh, NC 27603

Concentra Medical Center
Attn: Managing Agent
PO Box 82730
Atlanta, GA 30354-0730

Ahern Rentals
Attn: Managing Agent
PO Box 271390
Las Vegas, NV 89127

Brown Brothers Plumbing & Heating
Attn: Managing Agent
PO Box 15668
Durham, NC 27704-0668

ConEst Software Systems
Attn: Managing Agent
592 Harvey Road
Manchester, NH 03103

Airgas National Welders
Attn: Lynn White/Managing Agent
PO Box 532609
Atlanta, GA 30353

Calico Ladders, LLC
Attn: Managing Agent
PO Box 6049
Florence, SC 29502

CONEXIS
Attn: Managing Agent
PO Box 8363
Pasadena, CA 91109-8363

Allied Trades
Attn: Managing Agent
237 Maypop Drive
Goose Creek, SC 29445

CAN Capital Asset Servicing, Inc.
c/o ARC Management Group
1825 Barrett Lakes Blvd, Ste 205
Kennesaw, GA 30144-7518

Consolidated ElectricalDistributors
Attn: Managing Agent
PO Box 1510
Cary, NC 27512

American Express
Attn:  Managing Agent
PO Box 297871
Fort Lauderdale, FL 33329

Carrier Sales & Distribution, LLC
Attn: David Binz/Managing Agent
PO Box 905957
Charlotte, NC 28290-5957

Copiers Plus, Inc.
Attn: Managing Agent
PO Box 729
Fayetteville, NC 28302-0729

Anixter Power Solutions
Attn: MichaelMatthews/ManagingAgent
PO Box 842591
Dallas, TX 75284-2591

Century Link (Ft. Bragg)
Attn: Managing Agent
PO Box 4300
Carol Stream, IL 60197-4300

Corporate Service Company
Attn: Managing Agent
Post Office Box 2576
Springfield, IL 62708

ARC Management Group
Attn: Managing Agent
1825 Barrett Lakes Blvd, Ste 205
Kennesaw, GA 30144-7518

Chugach
Attn: Managing Agent
3800 Centerpoint Drive, Ste. 1200
Anchorage, AK 99503

Cumberland County Tax Collector
Attn: Managing Agent
117 Dick St, #530
Fayetteville, NC 28302

ARC3 Gases/Machine Welding
Attn:MarilynHolder,AR/ManagingAgent
PO Box 1708
Dunn, NC 28335

City Electric Supply Co
Attn: Managing Agent
PO Box 16707
Greensboro, NC 27416

Cumberland Septic Service
Attn: Crystal Stancil/ManagingAgent
PO Box 35192
Fayetteville, NC 28303

BlueLine Rental, LLC
Attn: Matt York/Managing Agent
PO Box 840062
Dallas, TX 75284-0062

City of Durham-Utility Service
Attn: Managing Agent
PO Box 30041
Durham, NC 27702-0041

Custom SheetMetal Services, Inc
Attn: David Butts/Managing Agent
PO Box 61948
Durham, NC 27715

Cynthia Orphanos
316 Villa Drive
Durham, NC 27712

EW Klein & Company
Attn: Managing Agent
314 West Wieuca Rd
Atlanta, GA 30342

Guaranteed Supply Company
Attn: Staci Griffin/Managing Agent
PO Box 36007
Greensboro, NC 27416-6007

Diamond Springs
Attn: Managing Agent
PO Box 38668
Richmond, VA 23231

Faulkner Haynes & Assoc, Inc
Attn: Managing Agent
7240 ACC Blvd
Raleigh, NC 27617-8736

GWC Properties
Attn:MarkCarpenter/Managing Agent
PO BOX 1728
Durham, NC 27702

Directorate of Public Works
Attn: Margie Garrett/Managing Agent
2175 Reilly Road, Stop A
Fort Bragg, NC 28310

FCCI Insurance Group
Attn: Managing Agent
6300 University Parkway
Sarasota, FL 34240

HD Supply Waterworks, Ltd
Attn: Managing Agent
PO Box 4853
Orlando, FL 32802-4853

Duke Energy
Attn: Managing Agent
PO Box 70516
Charlotte, NC 28272

Ferguson Enterprises
Attn: Managing Agent
PO Box 100286
Atlanta, GA 30384-0286

Hilti, Inc
Attn: Managing Agent
PO Box 382002
Pittsburgh, PA 15250-8002

Durham County Tax Collector
Attn: Managing Agent
PO Box 3397
Durham, NC 27702

First Citizens Bank
Attn: Managing Agent
DAC 36, PO Box 25187
Raleigh, NC 27611

Hoffman-Hoffman, Inc
Attn: Managing Agent
PO Box 896000
Charlotte, NC 28289-6000

East Coast Metal, Inc
Attn: Wanda Cherry/Managing Agent
PO Box 277387
Atlanta, GA 30384-7387

First-Citizens Bank & Trust Company
c/o Loan Servicing Department-DAC20
P.O. Box 25692
Raleigh, NC 27611-6592

Home Depot Credit Services
Attn: Managing Agent
PO Box 790328
Saint Louis, MO 63179

EBF Partners
c/o Anh H. Regent, Esq
3601 Audubon Place
Houston, TX 77006

Frontier
Attn: Managing Agent
PO Box 20550
Rochester, NY 14602-0550

Jiffy Lube (Carolina Lubes, Inc)
Attn: Managing Agent
790 Pershing Rd
Raleigh, NC 27608

Electric Power Systems
Attn: Nicholas Haynor/ManagingAgent
15 Millpark Ct
Maryland Heights, MO 63043

Gannett Fleming, Inc.
Attn: David Taylor/Managing Agent
2610 Wycliff Road, Suite 102
Raleigh, NC 27607

Johnson Controls, Inc
Attn: Managing Agent
PO Box 730068
Dallas, TX 75373

Everest Business Funding
Attn: Managing Agent
2001 NW 107th Ave, 3rd Floor
Miami, FL 33172

Generational Company
Attn: Managing Agent
14241 Dallas Pkwy, Ste 700
Dallas, TX 75254

Medallion Athletic Products
Attn: Managing Agent
150 River Park Rd
Mooresville, NC 28117

Michael R. Ortiz
Ortiz & Schick
Post Office Box 30427
Raleigh, NC 27622

Mobile Mini, Inc
Attn: Managing Agent
PO Box 79149
Phoenix, AZ 85062-9149

Murray Supply Company
Attn: Managing Agent
Post Office Box 890244
Charlotte, NC 28289

NC Division of Motor Vehicles
Attn: Managing Agent
PO Box 29620
Raleigh, NC 27626-0620

NGM Insurance
c/o Michael Ortiz
2840 Plaza Pl #300
Raleigh, NC 27612

Nicholas Orphanos
1211 East Pointe Drive
Durham, NC 27712

Noresco
Attn: Managing Agent
500 McCormick Drive, Suites L&M
Glen Burnie, MD 21061

Pall Corporation
Attn: Managing Agent
PO Box 8500-1311
Philadelphia, PA 19178-1311

Palmetto Air & Water Balance, Inc
Attn: Managing Agent
PO Box 5782
Greenville, SC 29606

Patton's Inc.
Attn: Managing Agent
2616 Discovery Drive
Raleigh, NC 27616

Purchase Power (Pitney Bowes)
Attn: Managing Agent
PO Box 371874
Pittsburgh, PA 15250-7874

Quote Software, Inc
Attn: Managing Agent
PO Box 11145
Eugene, OR 97440

Siemens Industries
Attn: Managing Agent
PO Box 2134
Carol Stream, IL 60132

Sprint (Nextel)
Attn: Managing Agent
PO Box 4181
Carol Stream, IL 60197-4181

State Electric Supply Co
Attn: Managing Agent
PO Box 890889
Charlotte, NC 28289-0889

Sunbelt Rentals, Inc
Attn: Managing Agent
5701 Chapel Hill Road
Raleigh, NC 27607-5103

The Main Street America Group
AttnAnthonyMontecalvo/ManagingAgent
55 West Street
Keene, NH 03431

Time Warner (Charleston)
Attn: Managing Agent
PO Box 70872
Charlotte, NC 28272-0872

Time Warner Cable
Attn: Managing Agent
PO Box 70872
Charlotte, NC 28272-0872

Trane
Attn: Managing Agent
PO Box 406469
Atlanta, GA 30384-6469

Trane Carolinas
Attn: Cathie Brailey/Managing Agen
4951 River Ave N
Charleston, SC 29406

Triangle Insulation Services
Attn: Managing Agent
903 E Trinity Ave, Ste 104
Durham, NC 27704

United Rentals
Attn:KennyPennington/ManagingAge
PO Box 100711
Atlanta, GA 30384-0711

Universal Premium Fleet Card
Attn: Managing Agent
PO Box 70995
Charlotte, NC 28272-0995

Viewpoint (Maxwell Systems)
Attn: Alan Mech/Managing Agent
PO Box 205100
Dallas, TX 75320-5100

Waste Industries
Attn: Managing Agent
3301 Benson Dr #601
Raleigh, NC 27609

Weeks-Williams-Devore, Inc
Attn: Managing Agent
PO Box 987
Matthews, NC 28106

Wolf Creek
Attn: Managing Agent
3800 Centerpoint Drive, Ste. 1200
Anchorage, AK 99503


Wolseley Industrial Group
Attn: Managing Agent
PO Box 536479
Atlanta, GA 30353

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Diversified Mechanical Limited**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Diversified Mechanical Limited**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 17, 2017**

Date

**/s/ William P. Janvier**

**William P. Janvier**

Signature of Attorney or Litigant

Counsel for   **Diversified Mechanical Limited**

**Janvier Law Firm, PLLC**
**311 East Edenton Street**
**Raleigh, NC 27601**
**919-582-2323 Fax:866-809-2379**